UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
September 10, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Nathan Joel Nichols, Jr., | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-1565 |
| | § | |
| Lorie Davis, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|    Respondent. | § | |

# Order of Adoption

On August 1, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (29) recommending that the court deny Nathan Joel Nichols, Jr.'s petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed September 10, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge